UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

L. BRENT BOZELL, III

    PLAINTIFF

v.                              CASE NO: 1:07CV1097

COMPASS CARE

AND

PAUL ERICKSON

    DEFENDANTS

## MOTION TO DISMISS

Comes now, the Defendants, Compass Care and Paul Erickson and hereby move this Court to Dismiss this action without prejudice pursuant to FRCP 12(b)(3) and in support thereof rely on the memorandum of law filed in connection with this motion.

    Respectfully Submitted,

    COMPASS CARE

    -and-

    Paul Erickson

    /s/                          .
    Timothy V. Anderson
    Anderson & Associates, PC
    2396 Court Plaza Dr, Ste 200
    Virginia Beach, VA 23456
    Tel 757-301-3636
    Fax 757-301-3640
    Counsel for Defendants
    timanderson@virginialwoffice.com
    VSB 43803

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed this 29th day of December 2007 to:

Robert R. Sparks
Sparks & Craig, LLP
6862 Elm St, Ste 360
McLean, VA 22101

                                              /s/_____.
                                              Timothy V. Anderson
                                              Anderson & Associates, PC
                                              2396 Court Plaza Dr, Ste 200
                                              Virginia Beach, VA 23456
                                              Tel 757-301-3636
                                              Fax 757-301-3640
                                              Counsel for Defendants
                                              timanderson@virginialwoffice.com
                                              VSB 43803