UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

L. BRENT BOZELL, III

    PLAINTIFF

v.                                    CASE NO: 1:07CV1097

COMPASS CARE

AND

PAUL ERICKSON

    DEFENDANTS

### DEFENDANT COMPASS CARE FINANCIAL DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 7.1

COMES THIS DAY, Compass Care Inc, by the undersigned counsel and hereby files their general answer to the Complaint filed herein:

Defendant, Compass Care, Inc., state the following in compliance with Local Rule 7.1: Compass Care, Inc in the above-captioned action, certify that there are no parents, trust, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

                                      Respectfully Submitted,

                                      COMPASS CARE

                                      /s/_____.
                                      Timothy V. Anderson
                                      Anderson & Associates, PC
                                      2396 Court Plaza Dr, Ste 200
                                      Virginia Beach, VA 23456
                                      Tel 757-301-3636
                                      Fax 757-301-3640
                                      Counsel for Defendants
                                      timanderson@virginialwoffice.com

VSB 43803

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent via ECF this 1st day of February 2008 to:

Robert R. Sparks
Sparks & Craig, LLP
6862 Elm St, Ste 360
McLean, VA 22101

                                                     /s/_____.
                                                     Timothy V. Anderson
                                                     Anderson & Associates, PC
                                                     2396 Court Plaza Dr, Ste 200
                                                     Virginia Beach, VA 23456
                                                     Tel 757-301-3636
                                                     Fax 757-301-3640
                                                     Counsel for Defendants
                                                     timanderson@virginialwoffice.com
                                                     VSB 43803