

**Cook | Craig Francuzenko**
ATTORNEYS AT LAW

3554 Chain Bridge Road, Suite 402
Fairfax, VA 22030
Phone (703) 865-7480
Fax (703) 434-3510
www.cookcraig.com

March 14, 2012



FILED
MAR 16 2012
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

U.S. District Court
Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 22314-5798
ATTN: Fernando Galindo, Clerk of Court

Re: L. Brent Bozell, III v. Paul Erickson, Garnishee American Conservative Union Foundation
Case No. 07-1097

Dear Clerk:

I am requesting a Writ of Execution on the Judgment Debtor Paul Erickson in the judgment amount of $190,000.00 which judgment date was February 22, 2008 entered by Judge Claude Hilton in the referenced matter.

Sincerely,

Christopher T. Craig

enclosures