# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| Bozell | ) |
| | ) |
| v. | ) Case no. 07-1097 |
| | ) |
| Compass Care, Inc. | ) |

## ANSWER OF AMERICAN CONSERVATIVE UNION FOUNDATION TO GARNISHMENT SUMMONS

The American Conservative Union Foundation ("ACUF") answers the Garnishment Summons dated March 20, 2012, by stating that from the date it received the summons to today it had no possession, custody, or control of any assets, funds, moneys, or property of the judgment debtor. Mr. Paul Erickson was not and is not employed by or a creditor of ACUF.

WHEREFORE, the Garnishment Summons to ACUF should be dismissed.

April 23, 2012                                                    Respectfully submitted,

/s/ Christopher M. Mills
Christopher M. Mills (VA Bar #44358)
WILEY REIN LLP
7925 Jones Branch Dr.
McLean VA, 22102
703.905.2800
cmills@wileyrein.com

Counsel to ACUF

I certify that, on April 23, 2012, I electronically filed the foregoing with the Clerk of Court in this matter using the CM/ECF system, and further caused the foregoing to be served by first class mail, postage prepaid, on Christopher T. Craig, Esq., Cook, Craig Fancuzenco, 3050 Chain Bridge Rd. # 220, Fairfax, VA 22030.

/s/ Christopher M. Mills
Christopher M. Mills

13439774.1