*Rec. USMS ENA 3/20/12 4:20pm*

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | L. Brent Bozell, III | COURT CASE NUMBER | 1:07CV1097 |
|---|---|---|---|
| DEFENDANT | Paul Erickson | TYPE OF PROCESS | Writ of Execution |

FILED 2012 JUL -2 P 3:40 CLERK US DISTRICT COURT ALEXANDRIA, VIRGINIA

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Paul Erickson

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 3130 W. 57th Street, #107, Sioux Falls, South Dakota 57108

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Christopher T. Craig
3554 Chain Bridge Rd. #402
Fairfax, VA. 22030

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

RECEIVED UNITED STATES MARSHAL 2012 MAR 21 A7:20 EASTERN DISTRICT OF VIRGINIA ALEXANDRIA DIVISION

**\* HOLD - DO NOT EXECUTE \***
Return unexecuted 6/18/12

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT

Pauline A. Miller, Deputy Clerk

TELEPHONE NUMBER: 703/299-2181
DATE: 3/20/12

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | 83 | 83 | Mayan Morales | 3/21/12 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 6/18/12
Time: am / pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: per instruction

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)
(Instructions Rev. 12/08)

# WRIT OF EXECUTION

1:07CV1097

United States District Court

**DISTRICT**
EASTERN District of Virginia, Alex. Div.

**TO THE MARSHAL OF:**
U.S. District Court, Eastern District of Virginia, Alexandria Division

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

**NAME**
PAUL ERICKSON
3130 W. 57th Street, #107
Sioux Falls, South Dakota 57108

you cause to be made and levied as well a certain debt of:

**DOLLAR AMOUNT**
190,000.00

**DATE OF JUDGEMENT:** 2/22/08 and

In the United States District Court for the **Eastern** District of **Virginia, Alex. Div.** before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

PAUL ERICKSON
3130 W. 57th Street, #107
Sioux Falls, South Dakota 57108

and also the costs that may accrue under this writ.
And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

**PLACE**
U.S. DISTRICT COURT

**DISTRICT**
EASTERN District of Virginia

**CITY**
Alexandria

**DATE**
June 18th, 2012

Witness the Honorable **JUDGE CLAUDE HILTON**
(United States Judge)

**DATE**
March 20, 2012

**CLERK OF COURT**
Fernando Galindo, Clerk

(BY) DEPUTY CLERK
Paulina A. Miller

RETURN

**DATE RECEIVED**

**DATE OF EXECUTION OF WRIT**

This writ was received and executed.

**U.S. MARSHAL**

**(BY) DEPUTY MARSHAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division



L. BRENT BOZELL, III )
)
    Plaintiff, )
)
v. ) Civil Action No. 07-1097
)
COMPASS CARE, INCORPORATED, )
et al., )
)
    Defendants. )
)

## ORDER

This matter comes before the Court on Plaintiff's Motion for Partial Summary Judgment.

Pursuant to the agreement of the parties and for the reasons stated from the bench, it is hereby

ORDERED that Plaintiff's Motion for Partial Summary Judgment is GRANTED, and judgment is entered in favor of Plaintiff in the amount of $190,000.

                                              /s/
                                     CLAUDE M. HILTON
                                     UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
February 22, 2008